In the Matter of NEW HIGHWAY WATER WORKS CO., INC., Petitioner, v. WATER RESOURCES COMMISSIONERS OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK et al., Respondents.—

974

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.